### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

JULIA FAYE HALL,                      :
AIS 199197,
                                      :

    Petitioner,                  :

vs.                                   :          CA 09-0491-CG-C

                                      :
CYNTHIA WHEELER-WHITE,
                                      :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, and there having been no objections filed, the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B)

and dated August 25, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of September, 2009.


/s/ Callie V. S. Granade_____
CHIEF UNITED STATES DISTRICT JUDGE