IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JULIA FAYE HALL,                :
AIS 199197,
                                :
    Petitioner,
                                :
vs.                             CA 09-0491-CG-C
                                :
CYNTHIA WHEELER-WHITE,
                                :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE** to allow petitioner the opportunity to exhaust her state remedies.

**DONE and ORDERED** this 18th day of September, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE